UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Perez,

                Plaintiff,

-against-

Metropolitan Transportation Authority, et al.,

                Defendants.

1:20-cv-00374 (LAK) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      The parties shall appear via Telephone for a conference in the above-captioned matter on Tuesday, February 18, 2020, at 11:30 a.m. During the conference, the City shall address whether it consents to the removal of this action from the Supreme Court of the State of New York, New York County. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:     New York, New York
              February 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge