UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Perez,

                Plaintiff,

-against-

Metropolitan Transportation Authority, et al.,

                Defendants.

1:20-cv-00374 (LAK) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties held before me on February 12, 2020, and for the reasons stated on the record, it is ORDERED that:

1. No later than February 19, 2020, counsel for Metropolitan Transportation Authority, Metropolitan Transportation Authority Police Department, Connor Faughnan, Patrick Cooney and John Does 1-10 (collectively "MTA") shall file a letter advising the Court whether MTA will contest or consent to Plaintiff's motion for remand. (See ECF No. 12.)

2. If MTA contests Plaintiff's motion for remand, it shall file an opposition to the motion on or before February 26, 2020, and Plaintiff shall file a reply on or before March 4, 2020.

3. The City may file papers presenting its position on the motion for remand on or before February 26, 2020.

**SO ORDERED.**

DATED: New York, New York
February 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge